779.   GEORGIA RAILROAD & BANKING COMPANY *v.* WILLIAMS.

HILL, C. J.   This case is controlled by the decision of this court in the case of *Georgia Railroad & Banking Co.* v. *Williams,* 3 *Ga. App.* 272 (59 S. E. 846), holding that the judge of the lower court erred in not sustaining a general demurrer to the petition.      *Judgment reversed.*

Action for damages, from city court of Richmond county.   Judge Eve.   September 18, 1907.

Submitted December 18, 1907,—Decided March 16, 1908.

*Joseph B. & Bryan Cumming,* for plaintiff in error.

*Austin Branch, A. L. Franklin,* contra.